UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re VERTEX PHARMACEUTICALS INCORPORATED SECURITIES LITIGATION | ) ) ) ) | No. 1:08-cv-10414-RGS<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) | |

JOINT STIPULATION AND [PROPOSED] ORDER

WHEREAS, pursuant to stipulation, Lead Plaintiff filed and served an amended complaint on July 21, 2008;

WHEREAS, pursuant to stipulation, Defendants filed and served a motion to dismiss on September 25, 2008;

WHEREAS, pursuant to stipulation, Lead Plaintiff is scheduled to file and serve its opposition papers no later than December 1, 2008;

WHEREAS, the Court has scheduled a hearing on February 23, 2009, to hear arguments on Defendants' motion to dismiss; and

WHEREAS, Lead Plaintiff has requested and Defendants have agreed to give Lead Plaintiff additional time to file Lead Plaintiff's opposition papers.

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

1. Lead Plaintiff shall file its opposition to Defendants' motion to dismiss, if any, no later than December 22, 2008;

2. Defendants shall file their reply in support of their motion to dismiss, if any, no later than January 30, 2009.

DATED: November 26, 2008

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO (BBO # 454680)
ADAM M. STEWART (BBO # 661090)

*/s/ Adam M. Stewart*
ADAM M. STEWART

53 State Street
Boston, MA 02109
Telephone: 617/439-3939
617/439-0134 (fax)
tshapiro@shulaw.com
astewart@shulaw.com

Liaison Counsel

- 1 -

|  |  |
|---|---|
|  | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD<br>MARIO ALBA, JR.<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br>srudman@csgrr.com<br>drosenfeld@csgrr.com<br>malba@csgrr.com<br><br>Lead Counsel for Plaintiffs |
| DATED: November 26, 2008 | KIRKPATRICK & LOCKHART PRESTON<br>  GATES ELLIS LLP<br>JOHN C. BLESSINGTON (BBO # 459754)<br><br>*/s/ John C. Blessington*<br>JOHN C. BLESSINGTON<br><br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>53 State Street<br>Boston, MA 02109<br>Telephone: 617/261-3100<br>617/261-3175 (fax)<br>john.blessington@klgates.com<br><br>Attorney for Defendants |

\*   \*   \*

## ORDER

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Vertex Pharm\STP00055875.doc

- 2 -

## Certificate of Service

    I, Adam M. Stewart, hereby certify that on November 26, 2008, this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

                                      /s/ Adam M. Stewart
                                      Adam M. Stewart