UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re VERTEX PHARMACEUTICALS INCORPORATED SECURITIES LITIGATION | ) ) ) ) | No. 1:08-cv-10414-RGS |
| | | CLASS ACTION |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Lead Plaintiff The City of Fort Myers Police Officers' Retirement System and Defendants Vertex Pharmaceuticals Incorporated ("Vertex" or the "Company"), Joshua S. Boger, Ian F. Smith, John J. Alam, Peter Mueller and Johanna Messina Power (collectively, "Defendants"), through their respective counsel of record, agree and stipulate as follows:

WHEREAS, this action for violation of the Securities Exchange Act of 1934 was first commenced on March 13, 2008, on behalf of Waterford Township Police & Fire Retirement System through the filing of a Class Action Complaint by the Lead Plaintiff's Counsel and Liaison Counsel identified below;

WHEREAS, a second related Class Action Complaint alleging the same claims against the same defendants was filed in this Court on April 18, 2008, on behalf of plaintiff Barbara J. Robinson in Civil Action No. 1:08-cv-10662-RGS;

WHEREAS, this Court, in response to an unopposed motion made in those related class actions, consolidated those actions, appointed the City of Fort Myers Police Officers' Retirement System to act as Lead Plaintiff for purposes of those consolidated class actions, approved the Lead Plaintiff's selection of the Lead Plaintiff's Counsel and Liaison Counsel identified below, and ordered the Lead Plaintiff to file and serve a consolidated amended complaint as the operative complaint in these consolidated actions;

WHEREAS, the Lead Plaintiff filed an Amended Complaint in these consolidated class actions on July 21, 2008 into which all claims previously made in the related class actions were subsumed;

WHEREAS, the Defendants moved to dismiss said Amended Complaint on September 25, 2008;

WHEREAS, although this action was commenced as a purported class action, and the Amended Complaint purports to assert claims on behalf of a defined class, this action has not been certified as a class action under Fed. R. Civ. P. 23;

WHEREAS, the Lead Plaintiff and its counsel have conferred and agree to voluntarily dismiss, with prejudice, this action and the Amended Complaint they filed on July 21, 2008;

WHEREAS, Defendants stipulate to this dismissal; and

WHEREAS, because a class has not been certified, no prejudice to absent putative class members will result from dismissal of the Amended Complaint.

THEREFORE, the parties, through their respective undersigned counsel, hereby stipulate and agree:

1.      The Lead Plaintiff and the Defendants submit this Joint Stipulation of Voluntary Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to request that the Court dismiss this consolidated class action and all related class actions consolidated herein.

2.      This consolidated class action, and the Amended Complaint into which the claims in the related class actions were subsumed, will be dismissed with prejudice. Lead Plaintiff and the Lead Plaintiff's Counsel and Liaison Counsel that Lead Plaintiff has appointed agree not to file a further amended pleading or to seek further review or appeal in connection with this consolidated class action.

3.      Lead Plaintiff and Defendants will bear their own costs and attorneys' fees, and also agree to waive any potential claims against each other or their counsel for malicious prosecution, abuse of process, violation of Federal Rule of Civil Procedure 11, or any other claim (including unknown claims), arising out of or in any way related to, or in connection with the institution, prosecution, assertion or resolution of this action.

- 2 -

4.      This Joint Stipulation of Voluntary Dismissal shall not constitute or imply any

admission or concession regarding the basis for the allegations in the Amended Complaint or the

merits of any claim or defense raised in this action.

IT IS SO STIPULATED.

DATED:  December 16, 2008                              SHAPIRO HABER & URMY LLP
                                                       THOMAS G. SHAPIRO (BBO # 454680)
                                                       ADAM M. STEWART (BBO # 661090)


                                                        /s/ Adam M. Stewart
                                                              ADAM M. STEWART
                                                       53 State Street
                                                       Boston, MA  02109
                                                       Telephone:  617/439-3939
                                                       617/439-0134 (fax)
                                                       tshapiro@shulaw.com
                                                       astewart@shulaw.com

                                                       Liaison Counsel for Plaintiffs

                                                       COUGHLIN STOIA GELLER
                                                              RUDMAN & ROBBINS LLP
                                                       SAMUEL H. RUDMAN
                                                       DAVID A. ROSENFELD
                                                       MARIO ALBA, JR.
                                                       58 South Service Road, Suite 200
                                                       Melville, NY  11747
                                                       Telephone:  631/367-7100
                                                       631/367-1173 (fax)
                                                       srudman@csgrr.com
                                                       drosenfeld@csgrr.com
                                                       malba@csgrr.com

                                                       Lead Counsel for Plaintiffs

DATED:  December 16, 2008

K&L GATES LLP
JOHN C. BLESSINGTON (BBO # 549754)
WILLIAM G. POTTER (BBO # 664302)


  /s/ John C. Blessington
        JOHN C. BLESSINGTON

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
Telephone:  617/261-3100
617/261-3175
john.blessington@klgates.com


K&L GATES LLP
GLENN R. REICHARDT (*pro hac vice*)
1601 K Street, NW
Washington, D.C. 20006-1600
202/778-9000

Attorneys for Defendants


## CERTIFICATE OF SERVICE

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 16, 2008.

        **/s/Adam M. Stewart___**
        Adam M. Stewart